**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § § § | Civil Action No. |
| Plaintiff, | § § | |
| v. | § § | |
| ZENPAYROLL, Inc., d/b/a GUSTO, | § § § | |
| Defendant. | § § § | JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Uniloc 2017 LLC, files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. The parent of Uniloc 2017 LLC is CF Uniloc Holdings LLC. No publicly-held corporation owns ten percent (10%) or more of the stock of Uniloc 2017 LLC.

Respectfully submitted,

Dated: June 10, 2019         **O'KELLY ERNST & JOYCE, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 778-4000
Fax: (302) 295-2873
Email: sokelly@oelegal.com

Of Counsel:

Paul J. Hayes
Massachusetts State Bar No. 227000
Kevin Gannon
Massachusetts State Bar No. 640931
Aaron Jacobs
Massachusetts State Bar No. 677545
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

**ATTORNEYS FOR THE PLAINTIFF**