IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNILOC 2017 LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 19-1075-CFC/SRF |
| | ) | |
| ZEN PAYROLL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before me are Plaintiff's objections (D.I. 28) to the Magistrate Judge's Report and Recommendation issued on July 23, 2020 (D.I. 27). The Magistrate Judge recommended in her Report and Recommendation that I grant without prejudice Defendant's motion to dismiss certain infringement claims alleged in the Amended Complaint (D.I. 16). D.I. 27 at 13. I have reviewed the Report and Recommendation, the objections, and Defendant's response (D.I. 29).

On August 24, 2020, Plaintiff informed me by letter that it would be seeking leave to file in two days a Second Amended Complaint that "addresses all concerns raised by Defendant in their Motion to Dismiss." D.I. 30 at 1. Consistent with the Magistrate Judge's recommendation, I will grant Plaintiff the leave it seeks.

WHEREFORE, in Wilmington on this 27th day of August in 2020, IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (D.I. 28) are OVERRULED as MOOT;

2. The disposition recommended in the Report and Recommendation (D.I. 27) is ADOPTED;

3. Defendant's motion to dismiss (D.I. 16) is GRANTED;

4. The Amended Complaint (D.I. 14) is DISMISSED WITHOUT PREJUDICE; and

5. Plaintiffs shall have until September 11, 2020 to file a Second Amended Complaint.

_____/s/_____<br>
Colm F. Connolly<br>
UNITED STATES DISTRICT JUDGE